IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASHLEY ANDERS and GARRETT ANDERS, on behalf of themselves and all similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>ANIMAX DESIGNS, INC. and CHARLES W. FAWCETT, III,<br><br>Defendants. | NO. 3:20-cv-00412<br><br>JUDGE CAMPBELL |

## ORDER

The Court previously approved the settlement of Plaintiffs' claims under the Fair Labor Standards Act. (Doc. No. 37). The Order provided that the case would be dismissed with prejudice following the filing of a joint motion within seven days of Defendants delivering the agreed settlement payments. On May 11, 2021, the parties notified the Court that Defendants have payed the agreed amount and requested the Court dismiss the case with prejudice. (Doc. No. 38).

Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with each side to bear its own costs, fees (including attorney's fees), and expenses. The Court retains jurisdiction over the parties for purposes of interpretation, compliance, and enforcement of the settlement agreement.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE